# CERTIFICATE OF SERVICE

I, __Gokalp Gurer__ (name), certify that service of this summons and copy of the complaint was made __8/4/2022__ (date) by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:
  Ira L. Goldberg, President
  Threshold Enterprises, Ltd.
  23 Janis Way
  Scotts Valley, CA 95066

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendent at:

☐ Residence Service: By leaving the process with the following adult as:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursant to the laws of State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __8/4/2022__  Signature __Gokalp G__
  Print Name: __Gokalp Gurer__
  Business Address: Diamond McCarthy LLP
  150 California Street, Suite 2200, San Francisco, CA 94111